# TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 19-31470             Claim ID # : 20

Debtors:   Joseph L Faircloth
           3004 Galena Chase Dr
           Indian Trail, NC  28079-9610

FILED
U.S. Bankruptcy Court
Western District of NC

NOV 04 2024

Christine F. Winchester, Clerk
Charlotte Division

Account Number: 2426

Creditor Information:   SWIFT FINANCIAL LLC
                        625 RIDE PIKE BUILDING E SUITE 207
                        CONSHOHOCKEN, PA  19428

Amount of Turnover: $19,204.37          94-Dsb Ck-Crdtr Prin

**Total Turnover Amount: $19,204.37**

Dated:  11/01/2024

Jenny P. Holman
Chapter 13 Trustee